THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: Celia Curry<br>XXX-XX-4509<br><br>DEBTOR. | )<br>)<br>)<br>) | CASE NO.: 17-82665-CRJ-13<br><br>CHAPTER: 13 |

## MOTION TO DETERMINE VALUE OF COLLATERAL AND OBJECTION TO CLAIM

**IN THE ABOVE STYLED CASE,** Debtor, by and through the attorney of record, Jeffrey B. Irby, hereby moves the court to value the estate's interest in property which secures a claim to **Prestige Financial Services** and allow the claim as secured only to that extent. Said grounds of the motion are as follows:

1. Debtor moves the Court to value the estate's interest in a **2012 Toyota Corolla** which secures the claim to (claim # 1) **Prestige Financial Services.**

2. Debtor moves to have the claim bifurcated to allow the claim as secured only to that extent as admitted as secured and that the balance of said claim be treated as unsecured pursuant to 11 U.S.C. Section 506 and Bankruptcy Rules 3012 and 9014.

3. Debtor asserts the replacement value of this vehicle is **$7,000.00** as evidenced by the attached affidavit and Blue book value.

**WHEREFORE, PREMISES CONSIDERED,** the Debtor respectfully requests this Honorable Court Value the Collateral and allow the claim as SECURED only to that extent as admitted as secured to be paid at 5.25 % interest and that the BALANCE of any such claim be treated as UNSECURED.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY IS SERVED ON THE PARTY FILING THIS MOTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION TO VALUE SECURITY SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR A HEARING.

/s/: **Jeffrey B. Irby**
Jeffrey B. Irby
300 Clinton Ave West Ste 23
Huntsville, AL 35801
Phone: (256) 517-1505
Fax: (256) 517-1521

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion To Determine Value of Collateral to the Trustee, **Michele T Hatcher**, and **Prestige Financial Services, LLC**, attn: Emily Jones, Po Box 26707, Salt Lake City, UT 84126 by placing a copy of same in the United States mail, properly addressed, first class postage prepaid, on this the 13th day of September 2017.

/s/:Jeffrey B. Irby
Jeffrey B. Irby

## AFFIDAVIT IN SUPPORT OF MOTION TO DETERMINE VALUE OF COLLATERAL

Before me the undersigned Notary Public, appeared **Celia Curry**, and hereby certify under the penalty of perjury, under oath, and upon depose say as follows:

I, **Celia Curry** am the Debtor in the above styled cause. I own property which was pledged to **Prestige Financial Services** as collateral on a loan. The property is described as a **2012 Toyota Corolla**.

I offer this affidavit of my opinion of the value of the **2012 Toyota Corolla**. In support of our motion to value this property and pursuant to Rule 9017 Federal Rules of Bankruptcy Procedure and Rule 43(e) Federal Rules of Civil Procedure.

I have owned this **2012 Toyota Corolla** from the date the debt was incurred to the present. I have used and operated this **2012 Toyota Corolla** during the entire time we have owned it. I have examined it and am familiar with the condition and the condition of any accessories.

The general condition of the property is as follows:
- Mileage: 140,000
- Consumer Rated Condition: Fair

I assert the **2012 Toyota Corolla** has a replacement value of $7,000.00. The basis of value is ownership, use and personal knowledge of the general condition of the **2012 Toyota Corolla**, and the features or additions thereto. In forming my opinion I have also consulted materials that indicate what a **2012 Toyota Corolla** is selling for in North Alabama.

I have also consulted the NADA, the Kelly Blue Book Used Car Values, or the Edmunds Used Vehicle Pricing Guide, issue date closest to the filing of my petition in this case, in forming my opinion of the value of this **2012 Toyota Corolla**. Although we considered this guide and it was a factor in the development of my opinion, we did not rely on the guide exclusively in forming my opinion.

I offer as evidence, in support of my opinion here expressed, printout of the NADA, the Kelly Blue Book Used Car Values, or the Edmunds Used Vehicle Pricing Guide, reflecting the Retail and/or Private Party trading prices for this **2012 Toyota Corolla**, as of the filing of my petition in this case, which includes a pre-calculated method for reducing or increasing values based upon high mileage, low mileage, and consumer rated condition. I offer the NADA, the Kelly Blue Book Used Car Values, or the Edmunds Used Vehicle Pricing Guide extracts attached hereto, in support of my opinion as to the replacement value of this **2012 Toyota Corolla**, under Rule 803(17) Federal Rules of Evidence.

Dated: 9/13/17

_Celia Curry_
**Celia Curry**

Sworn to and subscribed before me, the undersigned Notary Public, on this the 13 day of September, 2017.

_Notary Public_

**My Commission Expires April 19, 2021**



Autos   Motorcycles   RVs   Boats   Classic Cars   Manufactured Homes   More

**NADAGUIDES CAR PRICES**   **CAR RESEARCH TOOLS**   **CAR DEALS**   **COMPARE CARS**



Change Make > Change Year & Model > Change Trim > Change Mileage & Options > Values



## 2012 Toyota Corolla-4 Cyl.
Sedan 4D LE

**Compare to Other Cars**

View Pictures (19)



| Values | Specifications | Pictures | Reviews & Ratings | Safety |
| --- | --- | --- | --- | --- |
| Values | CPO Pricing | CPO Incentives & Deals | Cost to Own | Calculate Payments |

## Values               Print

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
| --- | --- | --- | --- | --- |
| Base Price | $5,050 | $5,975 | $6,725 | $8,925 |
| Mileage (140,000) | -$1,925 | -$1,925 | -$1,925 | -$1,925 |
| Total Base Price | $3,125 | $4,050 | $4,800 | $7,000 |
| Options: (change) |  |  |  |  |
| Price with Options | $3,125 | $4,050 | $4,800 | $7,000 |

Search car listings & find the right car for you. Click here for '2012 Toyota Corolla' local listings >>

### Search Used Car Listings

We found 2 2012 Toyota listings within 25 miles of your zip code.
Click on any **photo** or '**Go**' to get pricing and location details.


Gray Corolla
92,695 miles
Distance: 10 miles


Unknown Corolla
83,893 miles
Distance: 10 miles

Powered by AutoTrader.com         View All

### Vehicle History Report

Get answers to buy with confidence.
- Check for accidents
- Confirm the reported mileage
- Purchase multiple reports and save

Press GO or Enter VIN

Powered by AutoCheck

### Car Buying & Selling Services